**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Jonathan Art Lincoln, Appellant.

Appellate Case No. 2021-000863

―――――――――――

Appeal From Aiken County
Jocelyn Newman, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2022-UP-393
Submitted October 11, 2022 – Filed October 26, 2022

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Lara Mary Caudy, of Columbia, and
Jonathan Art Lincoln, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General William M. Blitch,
Jr., both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., THOMAS J., and LOCKEMY, A.J., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.